# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**MARCUS CHENEY,**<br><br>**Defendant.** | 17-po-5057-JTJ<br>VIOLATION:<br>**6563560**<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay the $30.00 processing fee for VN 6563560. The fee will be paid in full on or before December 2, 2017. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant shall submit documentation of completion of 57-hours of community service to the Court on or before

February 2, 2018. The defendant shall mail the documentation to the Clerk of Court at the following address:

    Clerk of Court
    United States District Court
    Missouri River Courthouse
    125 Central Avenue West, Suite 110
    Great Falls, MT 59404

IT IS FURTHER ORDERED that the initial appearance currently set for December 7, 2017, is VACATED.

DATED this 6th day of November, 2017.

John Johnston
United States Magistrate Judge